UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:23-cv-00053

———

**Fred A. Dixon, Jr.,**
*Plaintiff,*

v.

**Unknown,**
*Defendant.*

———

# ORDER

Plaintiff Fred A. Dixon, Jr., proceeding pro se, filed the above-styled and numbered civil rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge K. Nicole Mitchell, who issued a report and recommendation (Doc. 3) concluding that plaintiff's complaint should be dismissed with prejudice for purposes of *in forma pauperis* proceedings pursuant to 28 U.S.C. § 1915(g). No objections were filed.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report and being satisfied that it contains no clear error, the court accepts its findings and recommendation.

For the reasons stated in the report, plaintiff's complaint is dismissed with prejudice for purposes of *in forma pauperis* proceedings pursuant to 28 U.S.C. § 1915(g). Plaintiff may resume his lawsuit if he pays the entire filing fee of $402 within 30 days after the entry of the final judgment.

*So ordered by the court on March 21, 2023.*

———

J. CAMPBELL BARKER
United States District Judge